UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

TRANSPORTATION INSURANCE        :    CIVIL NO.        2003 OCT 21  P 12:01
COMPANY                         :    3:01 CV 2131 (WWE)
                                :
        Plaintiff,              :
                                :
v.                              :
                                :
MORGANTI GROUP, INC. ET AL.,    :
                                :
        Defendants.             :    OCTOBER 20, 2003

### PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local

of Civil Procedure, plaintiff and counterclaim defendant, Transportation Insurance

any ("TIC"), hereby moves the Court for a modification of the Scheduling Order in this

r.

TIC requests that the following deadlines be ordered:

1.      Discovery to be completed by January 31, 2004.

2.      Depositions to be completed by January 31, 2004.

3.      Dispositive motions to be filed within 45 days after the close of discovery.

The following deadlines have already passed and TIC does not seek to modify them:

        Plaintiff's designation of trial experts – January 3, 2003.

        Depositions of Plaintiff's experts – January 31, 2002.

3.      Defendants' designation of trial experts – February 7, 2003.

4.      Depositions of Defendant's experts – March 7, 2003.

5.      Damages Analyses were to be provided by December 13, 2002.

6.      Defendants were allowed until December 6, 2002 to join additional parties.

HART1-1112154-1

Motion Granted.
Discovery cutoff date 1-31-04
Dispositive Motions due by 2-15-04
SO ORDERED
FILED 2003
Warren W. Eginton, Sr. U.S.D.J.
2003 OCT 30 P 5:26