## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRANSPORTATION INSURANCE CO., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:01 CV 2131 (WWE) |
| | : | |
| THE MORGANTI GROUP, INC. | : | |
| MORGANTI FLORIDA, INC.; and | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| Defendants. | : | OCTOBER 23, 2003 |

## OBJECTION TO PLAINTIFF'S MOTION
## FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, Defendants and Counterclaim Plaintiffs, Morganti Group, Inc. and Morganti Florida, Inc., (collectively "Morganti") hereby object to the Plaintiff's Motion for Modification of Scheduling Order, dated October 20, 2003. As stated in greater detail in the Defendants' Motion for Modification of Scheduling Order, of this date, the schedule proposed by the Plaintiff fails to provide sufficient time for the completion of the remaining discovery and fails to establish dates for key events, including the disclosure and deposition of exhibits.

As stated in Defendants' Motion, Morganti requests that the following dates be entered as the revised schedule for this matter:

1.    Discovery which was to end March 7, 2003, will be completed by March 12, 2004.

2.    Depositions which were to be completed by March 7, 2003, will be completed by        March 12, 2004.

3.    Plaintiff will designate trial experts by January 16, 2004.

4,    Deposition of Plaintiff's experts will be completed by January 31, 2004.

5.    Defendants will designate trial experts by February 13, 2004.

6.    Depositions of Defendants' experts will be completed by March 12, 2004.

7.    Damages analysis by January 9, 2004.

8.    Dispositive motions within 45 days of close of discovery.

Based upon the significant prejudice that Defendants will suffer if the modification requested by the Defendants' is not granted, Defendants request that the court schedule a hearing or telephonic status conference to address the parties' Motions to Modify the Scheduling Order.

GFS/13626/53/652371v1
10/24/03-HRT/

Wherefore, the Plaintiff's Motion should be denied.

**DEFENDANTS,**
**THE MORGANTI GROUP, INC. and**
**MORGANTI FLORIDA, INC.**


By:_____

Gary F. Sheldon (ct14737), of
Pepe & Hazard LLP
Its Attorneys
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302
(860) 522-5175
Fax (860) 522-2796
Juris No.:  101812

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 24th day of October, 2003, to:

Theodore J. Tucci
Robinson & Cole LLP
280 Trumbull St
Hartford, CT 06103-3597


By:_____
    Gary F. Sheldon
    Pepe & Hazard, LLP

4

GFS/13626/53/652371v1
10/24/03-HRT/