disk

01cv2131 motion

54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 28 A 11:37

| | | |
|---|---|---|
| TRANSPORTATION INSURANCE CO., Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 2131 (WWE) |
| THE MORGANTI GROUP, INC. MORGANTI FLORIDA, INC.; and UNITED STATES POSTAL SERVICE, Defendants. | : | OCTOBER 24, 2003 |

Motion Granted.
Discovery cutoff date 3-12-2004
Dispositive Motions due by 4-27-2004
SO ORDERED
Warren W. Eginton, Sr. U.S.D.J.
11/7/2003

FILED 2003 NOV -7 P 12:27

DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local [Rule]s of Civil Procedure, Defendants and Counterclaim Plaintiffs, Morganti Group, Inc. and [Mor]ganti Florida, Inc., (collectively "Morganti") hereby move the Court for a modification of [the S]cheduling Order in this matter, given the parties' failed efforts to settle this case over the [past] several months. Morganti notes that the Plaintiff has filed its own Motion for [Mod]ification of Scheduling Order dated October 20, 2003. Because the Plaintiff's Motion fails [to p]rovide sufficient time to complete the remaining discovery, including the disclosure and [exami]nation of expert witnesses, Morganti requests that the court grant the present motion [rath]er than the Motion filed by the Plaintiff.

As the counsel for the parties reported to the court during telephonic status conferences including the most recent conference in July 2003, the parties have attempted for several months to reach an agreement that would result in the withdrawal of the complaint and counterclaim in this action. As counsel also expressly notified the court during these conferences, in the event that the efforts at settlement were not successful, a modification of the schedule would be necessary to prepare the case for trial. In addition, the court requested

GFS/13626/53/652223v1
10/24/03-HRT/