UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRANSPORTATION INSURANCE COMPANY | : CIVIL ACTION NO.:<br>: 3:01 CV 2131 (WWE) |
| Plaintiff, | : |
| v. | : |
| MORGANTI GROUP, INC. ET AL., | : |
| Defendants. | : JANUARY 15, 2004 |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned for the plaintiff and counterclaim defendant, Transportation Insurance Company, in the above-captioned case.

> PLAINTIFF AND COUNTERCLAIM
> DEFENDANT,
> TRANSPORTATION INSURANCE
> COMPANY
>
> By _____
> Gerald P. Dwyer, Jr. (ct20447)
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
> Tel. No.: (860) 275-8200
> Fax No.: (860) 275-8299
> E-mail: gdwyer@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing ENTRY OF APPEARANCES was sent via first class mail, postage prepaid, on this 15th day of January, 2004, to the following:

Louis R. Pepe, Esq.
Gary F. Sheldon, Esq.
Wendy K. Venoit, Esq.
Pepe & Hazard, LLP
225 Asylum Street
Hartford, CT  06103-4302

_____
Gerald P. Dwyer, Jr.