UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRANSPORTATION INSURANCE COMPANY | : | CIVIL NO. |
| | : | 3:01 CV 2131 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| MORGANTI GROUP, INC. ET AL., | : | |
| Defendants. | : | JANUARY 30, 2004 |

**PLAINTIFF, TRANSPORTATION INSURANCE COMPANY'S MOTION TO COMPEL FULL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES <u>AND REQUESTS FOR PRODUCTION AND MOTION FOR COSTS</u>**

Plaintiff and counterclaim defendant, Transportation Insurance Company ("TIC"), hereby moves, pursuant to D. Conn. L. Civ. R. 37 and Fed. R. Civ. P. 26 and 37, to compel the defendants, the Morganti Group, Inc. and Morganti Florida, Inc., (collectively hereinafter "Morganti") to fully respond to TIC's Second Set of Interrogatories and Requests for Production.

TIC served discovery requests on Morganti on October 14, 2002. Morganti had sought and received three extensions of time to provide responses. Pursuant to the last extension granted by order of the Court, Morganti was required to respond by February 3, 2003. Morganti

**ORAL ARGUMENT REQUESTED**

HART1-1156527-1

did not meet this deadline, instead filing objections and substantive responses on February 24, 2003. No Privilege Log was provided, contrary to the requirement of D. Conn. L. Civ. R. 37(a). Regardless, because no objection was made within the timeframe ordered by the Court, Morganti has waived any objections it may have to the discovery requests and is required to fully respond to each request.

WHEREFORE, for reasons explained more fully in the accompanying Memorandum of Law, TIC respectfully requests that the Court enter an Order compelling Morganti to fully respond to TIC's Second Set of Interrogatories and Requests for Production.

        PLAINTIFF AND COUNTERCLAIM
        DEFENDANT
        TRANSPORTATION INSURANCE COMPANY

By: _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
John P. Casey (ct21993)
jcasey@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax. No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 30th day of January 2004, to:

Louis R. Pepe, Esq.
Gary F. Sheldon, Esq.
Wendy K. Venoit, Esq.
Pepe & Hazard, LLP
225 Asylum Street
Hartford, CT  06103

John P. Casey