UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRANSPORTATION INSURANCE CO., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:01 CV 2131 (WWE) |
| | : | |
| THE MORGANTI GROUP, INC. and | : | |
| MORGANTI FLORIDA, INC., | : | |
|     Defendants. | : | FEBRUARY 11, 2004 |

**DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, Defendants and Counterclaim Plaintiffs, Morganti Group, Inc. and Morganti Florida, Inc., (collectively "Morganti") hereby move the Court for a modification of the Scheduling Order in this matter. Specifically, Morganti requests that the time for disclosure of Defendants' experts be extended seven (7) days from Friday, February 13, 2004, to Friday, February 20, 2004. The additional time requested is necessary for Morganti to comply with the provisions of Rule 26(a)(2) of the Federal Rules of Civil Procedure.

Morganti has attempted to contact John Casey, counsel for Plaintiff, to seek the Plaintiff's consent to this motion, but Mr. Casey was not available. To avoid prejudice to the Plaintiff in the examination of Defendants' experts, Morganti also requests a seven (7) day extension, from March 12, 2004 to March 19, 2004, of the time for the examination of Defendants' experts, which is also the discovery deadline in this case.

The brief extension of the time for disclosure of experts will not impact the trial schedule in this case. At present, there are outstanding disputes regarding the parties' responses to Interrogatories and Requests for Production. In addition, the parties have not

scheduled the deposition of fact witnesses, notwithstanding the parties' intention to take approximately five (5) fact depositions, as reflected in the Report of Parties' Planning Meeting dated February 12, 2002. If these depositions cannot be scheduled prior to the requested March 19, 2004 deadline, the parties may require a modest adjustment of the schedule to permit the completion of these depositions.

Based upon the foregoing, Morganti requests that the following dates be entered as the revised schedule for this matter:

1. Discovery will be completed by March 19, 2004.

2. Depositions will be completed by March 19, 2004.

3. Defendants will designate trial experts by February 20, 2004.

4. Depositions of Defendants' experts will be completed by March 19, 2004.

5. Dispositive motions within 45 days of close of discovery.

**DEFENDANTS,**
**THE MORGANTI GROUP, INC. and**
**MORGANTI FLORIDA, INC.**

By:_____
Gary F. Sheldon (ct14737), of
Pepe & Hazard LLP
Its Attorneys
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302
(860) 522-5175
Fax (860) 522-2796
Juris No.:  101812

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 11th day of February, 2004, to:

Theodore J. Tucci
John Casey
Robinson & Cole LLP
280 Trumbull St
Hartford, CT 06103-3597

By:_____
    Gary F. Sheldon
    Pepe & Hazard, LLP