*Held 2/24/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 24, 2004

9:15 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3-01-cv-2131    Transportation v. Morganti Group, Inc.**

John P. Casey
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

*Gerald P. Dwyer, Jr
Robinson & Cole*

Louis R. Pepe
Pepe & Hazard
Goodwin Square, 225 Asylum St.
Hartford, CT 06103-4302

Wendy Kennedy Venoit
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Gary F. Sheldon
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Theodore J. Tucci
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

*Parties to file motion to amend Scheduling Order.*
*May SC*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK