

#60

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 12 P 12: 06

TRANSPORTATION INSURANCE CO.,
    Plaintiff,

v.

CIVIL ACTION NO.
3:01 CV 2131 (WWE)

THE MORGANTI GROUP, INC. and
MORGANTI FLORIDA, INC.,
    Defendants.

FEBRUARY 11, 2004

## DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, Defendants and Counterclaim Plaintiffs, Morganti Group, Inc. and Morganti Florida, Inc., (collectively "Morganti") hereby move the Court for a modification of the Scheduling Order in this matter. Specifically, Morganti requests that the time for disclosure of Defendants' experts be extended seven (7) days from Friday, February 13, 2004, to Friday, February 20, 2004. The additional time requested is necessary for Morganti to [compl]y with the provisions of Rule 26(a)(2) of the Federal Rules of Civil Procedure.

Morganti has attempted to contact John Casey, counsel for Plaintiff, to seek the [Plaint]iff's consent to this motion, but Mr. Casey was not available. To avoid prejudice to the [Plaint]iff in the examination of Defendants' experts, Morganti also requests a seven (7) day [extens]ion, from March 12, 2004 to March 19, 2004, of the time for the examination of [Defen]dants' experts, which is also the discovery deadline in this case.

The brief extension of the time for disclosure of experts will not impact the trial [schedu]le in this case. At present, there are outstanding disputes regarding the parties' [respon]ses to Interrogatories and Requests for Production. In addition, the parties have not

Motion Granted.
Discovery cutoff date March 19, 2004
Dispositive Motions due by May 3, 2004
SO ORDERED 4/1/04
Warren W. Eginton, Sr. U.S.D.J.

26/53/665420v1
02/10/04-HRT/

