#58

Motion to compel is GRANTED ansent objection. Plaintiff is instructed to file motion clarifying its request for costs. 5/11/04

WARREN W. EGINTON, Senior United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRANSPORTATION INSURANCE COMPANY | : | CIVIL NO. |
| | : | 3:01 CV 2131 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MORGANTI GROUP, INC. ET AL., | : | |
| | : | |
| Defendants. | : | JANUARY 30, 2004 |

## PLAINTIFF, TRANSPORTATION INSURANCE COMPANY'S MOTION TO COMPEL FULL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION AND MOTION FOR COSTS

Plaintiff and counterclaim defendant, Transportation Insurance Company ("TIC"), hereby moves, pursuant to D. Conn. L. Civ. R. 37 and Fed. R. Civ. P. 26 and 37, to compel the defendants, the Morganti Group, Inc. and Morganti Florida, Inc., (collectively hereinafter "Morganti") to fully respond to TIC's Second Set of Interrogatories and Requests for Production.

TIC served discovery requests on Morganti on October 14, 2002. Morganti had sought and received three extensions of time to provide responses. Pursuant to the last extension granted by order of the Court, Morganti was required to respond by February 3, 2003. Morganti

**ORAL ARGUMENT REQUESTED**

HART1-1156227-1