UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


TRANSPORTATION INSURANCE COMPANY,  :     3:01CV2131 (WWE)
    Plaintiff,                      :
                                    :
v.                                 :
                                    :
MORGANTI GROUP, INC., ET AL.,      :
    Defendants                      :


**ORDER**


Pursuant to notification of the Court by plaintiff Transportation Insurance Company that it does not intend to pursue its motion for costs (Doc.# 58), said motion is hereby DENIED as moot.

SO ORDERED this 23rd day of July, 2004, at Bridgeport, Connecticut.


_____/s/_____
WARREN W. EGINTON, Senior U.S. District Judge