# United States District Court
## District of Connecticut

TRANSPORTATION INS. CO.
*Plaintiff*

v.

MORGANTI GROUP INC.
*Defendant*

Case No. 3:01cv2131 (WWE)

FILED
2004 JUL 29 A 9: 01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

__X__ A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)

SO ORDERED this __28th__ day of __July__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE