UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OFFICE OF THE CLERK

915 Lafayette Boulevard

Bridgeport, CT 06604

Kevin F. Rowe
Clerk

3:01CV2131  WWE - TRANSPORTATION INSURANCE v. MORGANTI GROUP

<u>NOTICE TO COUNSEL</u>

Rule 41(b) of the Local Rules of this District provides:

"When counsel of record report to the Court that a Civil Action pending on its docket has been settled between the parties and no closing papers are filed within thirty (30) days thereafter, the Clerk shall enter an order of dismissal.  Said dismissal shall be without costs and without prejudice to the right of any of the parties thereto to move within thirty (30) days thereafter to reopen if settlement has not, in fact, been consummated."

The case above, after being reported settled on October 18, 2004, is subject to being dismissed under this rule.  Unless some action is taken or a satisfactory explanation of why it should not be dismissed is submitted the Court on or before November 17,  2004, it will be dismissed.

Dated at Bridgeport, Connecticut, this 18th  day of October, 2004.

KEVIN F. ROWE, Clerk


By _____
          Deputy Clerk