UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TRANSPORTATION INSURANCE COMPANY** | : | **CIVIL NO. 301CV2131 (WWE)** |
| | : | |
| **Plaintiff and Counterclaim Defendant,** | : | |
| | : | |
| v. | : | |
| | : | |
| **THE MORGANTI GROUP, INC., MORGANTI FLORIDA, INC.** | : | |
| | : | |
| **Defendants and Counterclaim Plaintiffs.** | : | **NOVEMBER 30, 2004** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Transportation Insurance Company, as plaintiff, and The Morganti Group, Inc. and Morganti Florida, Inc. as counterclaim plaintiffs, hereby stipulate and agree to a dismissal, with prejudice, of each and every claim and counterclaim in the above entitled action, each party to bear its own costs and expenses.

PLAINTIFF AND COUNTERCLAIM DEFENDANT,
TRANSPORTATION INSURANCE COMPANY

By: _____
Theodore J. Tucci (ct05249)
Gerald P. Dwyer, Jr. (ct20447)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax. No.: (860) 275-8299
e-mail: ttucci@rc.com
e-mail: gdwyer@rc.com


DEFENDANTS AND COUNTERCLAIM PLAINTIFFS,
THE MORGANTI GROUP, INC.;
MORGANTI FLORIDA, INC.

By: _____
Louis R. Pepe (ct4319)
Gary F. Sheldon (ct14737)
Pepe & Hazard LLP
225 Asylum Street
Hartford CT   06103-4302
Tel. No.: (860) 241-2636
Fax. No.: (860) 522-2796
e-mail: lpepe@pepehazard.com
e-mail: gsheldon@pepehazard.com